JAMES M. MAKASIAN (SBN 71791)
2300 Tulare Street, Suite 250
Fresno, CA  93721
Telephone:  (559) 442-4211 Fax: 442-4127

STEVEN P. SIMONIAN, Jr. (SBN 082858)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4212

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURDEV SINGH NIJJAR, RANJODH SINGH BOPARAI<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DONALD RIDDING, Officer In Charge of the Fresno Office of The United States Citizenship Immigration Services<br><br>Defendants. | CIVIL No. 06-F-1112 AWI SMS<br><br>NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF, GURDEV SINGH NIJJAR AND ORDER<br><br>Rule 41(a)(1)<br><br>CIS No.: A 73420736 |

PLEASE TAKE NOTICE:

That PLAINTIFF, GURDEV SINGH NIJJAR has cleared the background name check and the only step remaining in the adjudication of his naturalization application is the oath ceremony.  Accordingly, plaintiff GURDEV SINGH NIJJAR, is hereby dismissed, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: November 8, 2006                      /s/ JAMES M. MAKASIAN
JAMES M. MAKASIAN
Attorney for Plaintiffs

**ORDER**

Plaintiff GURDEV SINGH NIJJAR seeks dismissal of this action as to him pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.   Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Because Plaintiff GURDEV SINGH NIJJAR  has filed a stipulation for dismissal and no Defendant has filed an answer or motion for summary judgment, this case has terminated as to Plaintiff GURDEV SINGH NIJJAR.

Therefore, IT IS HEREBY ORDERED that Plaintiff GURDEV SINGH NIJJAR is DISMISSED from this action.

IT IS SO ORDERED.

**Dated:     November 13, 2006**                      /s/ Anthony W. Ishii
0m8i78                                           UNITED STATES DISTRICT JUDGE